HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA ALLISON, #179741
Chief Assistant for the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710
Linda_Allison@fd.org

Attorneys for Defendant
TINA DAVIDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>TINA DAVIDO,<br><br>  Defendant. | Case No. 2:16-PO-00208-JKN<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date: November 16, 2016<br>Time: 9:00 a.m.<br>Judge: Hon. Kendall J. Newman |

IT IS HEREBY STIPULATED by and between Phillip A. Tabert, Acting United States Attorney, through Justin Lee, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Chief Assistant for the Federal Defender Linda Allison, attorney for Tina Davido, that the status conference scheduled for October 12, 2016 be vacated and be continued to November 16, 2016 at 9:00 a.m.

This continuance is necessary as the parties are in plea negotiations and require additional time for defense counsel to hold discussions with her client in furtherance of resolution.

DATED: October 11, 2016                    Respectfully submitted,

                                           HEATHER E. WILLIAMS
                                           Federal Defender

                                           /s/Linda Allison
                                           LINDA ALLISON
                                           Chief Assistant to the Federal Defender
                                           Attorneys for Defendant
                                           TINA DAVIDO

Stipulation and [Proposed] Order to Continue       -1-
Status Conference

DATED: October 11, 2016                PHILLIP A. TALBERT
                                       Acting United States Attorney

                                       /s/Justin Lee
                                       Justin Lee
                                       Assistant U.S. Attorney
                                       Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED, the October 12, 2016 status conference shall be continued until November 16, 2016, at 9:00 a.m.

Dated: October 11, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE