| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | LINDA ALLISON, #179741 |
| | Chief Assistant for the Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA  95814 |
| 4 | Tel: 916-498-5700/Fax: 916-498-5710 |
| | Linda_Allison@fd.org |
| 5 | |
| | Attorneys for Defendant |
| 6 | TINA DAVIDO |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:16-PO-00208-JKN |
|---|---|---|
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO |
| | ) | VACATE STATUS CONFERENCE AND SET FOR |
| vs. | ) | A CHANGE OF PLEA HEARING |
| | ) | |
| TINA DAVIDO, | ) | Date: December 14, 2016 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Judge: Hon. Kendall J. Newman |
| | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Justin Lee, attorney for Plaintiff, and Chief Assistant Federal Defender Linda Allison, attorney for Tina Davido, that the status conference scheduled for January 4, 2017 be vacated and a change of plea hearing be set for December 14, 2016 at 9:00 a.m.

The parties are in plea negotiations and are prepared for a change of plea on the new scheduled date.

DATED: December 6, 2016                    Respectfully submitted,

                                           HEATHER E. WILLIAMS
                                           Federal Defender

                                           /s/Linda Allison
                                           LINDA ALLISON
                                           Chief Assistant to the Federal Defender
                                           Attorneys for Defendant
                                           TINA DAVIDO

Stipulation and [Proposed] vacate status                    -1-
conference and set a change of plea hearing

DATED:  December 6, 2016        PHILLIP A. TALBERT
                                United States Attorney

                                /s/Justin Lee
                                Justin Lee
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED, that the January 4, 2017 status conference be vacated and a change of plea hearing be set for December 14, 2016, at 9:00 a.m.

Dated:  December 9, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE