UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,     Case Number: 2:16-po-00208-KJN

v.     **AMENDED JUDGMENT IN CRIMINAL CASE**

**TINA A. DAVIDO**

Defendant pleaded guilty, is adjudged guilty and convicted of the following offense(s):

| Charge(s) Defendant Convicted of: | Nature of Charge(s) |
|---|---|
| 41 CFR 102-74.390 | Disorderly Conduct on Federal Property |

**ACCORDINGLY, YOU ARE HEREBY SENTENCED TO THE FOLLOWING:**

☒ **PROBATION** for a term of 12 months, expiring on 12/14/2017. Your conditions of probation are as follows:

1. Your probation is unsupervised.
2. You shall not commit another federal, state, or local crime.
3. You shall, if arrested or questioned by law enforcement, report such contact to the United States Attorney's Office within 72 hours.
4. You shall notify the court and, if represented by counsel, your counsel of any change of address and contact number; and the following additional checked conditions:
   ☒ You shall pay a special assessment of $5.00, which shall be paid immediately.
   ☒ You shall perform 30 hours of community service by 5/31/2017.
   ☒ Other: Your term of probation shall terminate upon completion of 30 hours of community service and payment of the special assessment.

☒ **PAY** a special assessment of $5.00, due immediately.

☐ **YOU ARE ALSO ORDERED TO APPEAR** for a REVIEW HEARING on _ at _ and ORDERED TO file a Status Report 14 days prior to your scheduled hearing. Please note that failure to appear could result in an arrest warrant being issued against you.

☒ **OTHER**: Appeal rights given.

**IT IS FURTHER ORDERED** that financial payments shall be made by **CHECK** or **MONEY ORDER** and will be subject to **late/delinquent charges imposed by the Court** if not paid timely. If your conviction also involves a moving violation, an abstract could be placed on your driving record for failure to pay. The check or money order must be made payable to: **"CLERK- U.S.D.C."** and SENT to the following address:

> **CLERK, UNITED STATES DISTRICT COURT**
> Eastern District of California- Sacramento
> 501 I Street, Suite 4-200
> Sacramento, CA  95814

Your check or money order <u>must</u> indicate <u>your name and case number</u> shown above to ensure your account is credited for payment received and that no late fees or warrants/abstracts are attached to your case for failure to pay.

DATED: 12/14/2016

*/s/ Kendall J. Newman*

**Kendall J. Newman**
United States Magistrate Judge

CRD Initials: MDC